# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br><br>INFORMATION ASSOCIATED WITH (928) 551-3452, (928) 551-8525, AND ANY OTHER DEVICE ASSOCIATED WITH PAUL WILLIAM RYAN, STORED AT PREMISES CONROLLED BY VERIZON, HEADQUARTERED AT ONE VERIZON WAY, BASKING RIDGE, NEW JERSEY 07920 | Case No. 21-4114mb |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of __New Jersey__.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

**The Affidavit of Agent Louis-Philippe Noel is incorporated herein by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____ May 12, 2021 _____.
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

__Any U.S. Magistrate Judge on Duty__.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)   ☐ for ____ days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____

Date and time issued: *April 28, 2021 at 1:15 pm*   _____
                                                     *Judge's signature*

City and State: __Flagstaff, Arizona__   __Honorable Camille D. Bibles, U.S. Magistrate Judge__
                                            *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: 21-4114mb | Date and Time Warrant Executed: 4/28/2021 1:56 P.M. | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory Made in the Presence of:

SA Trevor Culbert

Inventory of the property taken and name of any person(s) seized:

See attached. Search warrant was executed via email to Veritas using email address: vsat.cct@verizon.com

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/2021

Executing officer's signature

TREVOR CULBERT SPECIAL AGENT FBI
Printed name and title

A review was conducted of the files associated for the Verizon return for subject PAUL RYAN.

All data content prior to April 2019, 2021, or as stated, seven (7) days prior to their execution of the warrant, was removed their systems. Consequently, no content was obtained via the search warrant. The information provided was basic subscriber data and a few voicemails.

The data was reviewed on May 6, 2021, the below are a list of files provided by Verizon:

- 9285518525
- _PictureContent__9285513453_2020-01-01_...
- _PictureDetails__92855 13453_2020-01-01_20...
- 3G-and-4G-BDR-Explanation (1)
- 21253920 BDR 4G IP Sessions 9285513453
- 21253920 BDR 4G IP Sessions 9285518525
- 21253920 TDR2 IP Sessions Both MDNs
- 21253920Tolls9285513453
- Albuquerque_CALEA.V0.20210506.0100
- AttachedFax_04-28-2021_17-00-48
- CDR-Historical-MMS-Explanation
- CDR-Historical-SMS-Explanation
- CellSites-CDR_Historical_4g_VoLTE__928551...
- CellSites-CDR_Historical_4g_VoLTE__928551...
- CellSites-CDR-Historical_3g__9285513453_2...
- CellSites-CDR-Historical_3g__9285518525_2...
- CellSites-Historical_IP_Sessions_3g__92855...
- CellSites-Historical_IP_Sessions_3g__92855...
- CellSites-Historical-CDR-Explanation
- CellSites-Historical-IP-Explanation
- CellSites-VOLTE-Explanation
- Certification of records NJ conform...
- Denver_CALEA.V0.20210506.0100
- DeviceId__MTN-928551 3453-9285518525_2...
- FDR 4G IP Destinations 9285513453
- FDR 4G IP Destinations 9285518525
- FDR_IP_Detail_Explanation
- LasVegas_CALEA.V0.20210506.0100
- LosAngeles_CALEA.V0.20210506.0100
- PaymentActivity__MTN-9285513453-9285...
- PaymentHistory__MTN-9285513453-9285...
- Phoenix_CALEA.V0.20210506.0100
- RCS_Advanced_Messaging_Explanation_F...
- Sacramento_CALEA.V0.20210506.0100
- SanFrancisco_CALEA.V0.20210506.0100
- SmsContent__9285513453_2020-01-01-to-2...
- SmsContent__9285518525_2020-01-01-to-2...
- SSN__MTN-9285513453-9285518525_2020-0...
- Subscriber_MTN-9285513453-9285518525_...
- TDR2_IPSession_with_CellSite_4g_Explanat...
- TextDetail-Historical_MMS__9285513453_...
- TextDetail-Historical_MMS__9285518525_...
- TextDetail-Historical_SMS__9285513453_20...
- TextDetail-Historical_SMS__9285518525_20...
- TextDetail-Historical_SMS_RCS_9285513453...
- TextDetail-Historical_SMS_RCS_9285518525...
- VMA_PictureContent_9285518525_2020-0...
- VMA_TextContent__9285513453_2020-01-0...
- VMA_TextContent__9285518525_2020-01-01...
- Voicemails 9285518525